KAYE *v.* SPENCE CHAPIN ADOPTION HOME.

No. 478.   Decided December 9, 1963.

Appellant *pro se.*

*Richard Jones* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

ECKSTROM *v.* READING POLICE HOME
ASSOCIATION OF READING, PA.

No. 497.   Decided December 9, 1963.

*Charles H. Weidner* and *Arthur Littleton* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.